

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-20-00087-CV

Javon **DUKES**,
Appellant

v.

Ana **LITOFSKY** and Michael Litofsky,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV00365
Honorable Tommy Stolhandske, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by March 16, 2020. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, within fifteen (15) days of the date of this order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellees are not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court